Key Equity of N.Y., Inc. v Azzam (2024 NY Slip Op 00512)

Key Equity of N.Y., Inc. v Azzam

2024 NY Slip Op 00512

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, BANNISTER, OGDEN, AND GREENWOOD, JJ.

98 CA 23-01126

[*1]KEY EQUITY OF NEW YORK, INC., PLAINTIFF-RESPONDENT,
v
AHMED AZZAM, AS TRUSTEE OF THE AZZAM FAMILY REVOCABLE TRUST, DEFENDANT-APPELLANT. 

LONGSTREET & BERRY, LLP, FAYETTEVILLE (MICHAEL J. LONGSTREET OF COUNSEL), FOR DEFENDANT-APPELLANT.
MICHAEL J. KAWA, SYRACUSE, FOR PLAINTIFF-RESPONDENT. 

 Appeal from an amended order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered June 21, 2023. The amended order, inter alia, ordered that the closing and transfer of the real property at issue take place by August 21, 2023. 
It is hereby ORDERED that the amended order so appealed from is unanimously affirmed without costs.
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court